DAVIS LEVIN LIVINGSTON GRANDE

ORIGINAL

MARK S. DAVIS          1442-0
THOMAS R. GRANDE       3954-0
MICHAEL K. LIVINGSTON  4161-0
851 Fort Street, 4th Floor
Honolulu, Hawai`i 96813
Telephone:  (808) 524-7500
Facsimile:  (808) 545-7802
E-Mail:   tgrande@davislevin.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 14 2005

at 3 o'clock and 20 min. P M
SUE BEITIA, CLERK

CRONIN, FRIED, SEKIYA, KEKINA & FAIRBANKS

L. RICHARD FRIED, JR.    0764-0
BERT S. SAKUDA           2535-0
HOWARD G. McPHERSON      5582-0
GEOFFREY K. S. KOMEYA    6056-0
841 Bishop Street, Suite 600
Honolulu, Hawai`i 96813
Telephone:  (808) 524-1433
Facsimile:  (808) 536-2073
E-Mail:   cfskf@croninfried.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| AE Ventures for Archie Murakami; AE Ventures for Elbert T. Saito; Eric G. Bollinger, Trustee of the P & R Irrevocable Trust dated 9/13/94; Irene M. Chinen (for Roy M. Chinen); Edward Y.C. Chun, Trustee of the Donald Kim Irrevocable Trust; Edward Y.C. Chun, Trustee of the Keneze Kim Irrevocable Trust; Commercial Sheetmetal Co., Inc., for Elbert T. Saito; Leticia A. Cuadro; Linda A. Cuppett; James N. Duca; Jack R. Dugied; John M. Enomoto; First Hawaiian Bank, Assignee for Valentine Peroff, Jr.; Kenneth T. Hashimoto; Roger M. Higa, Co-Trustee of the Charles A. Higa and Helen K. Higa | CASE NO. CV05-00594 SOMKSC<br>(Insurance)<br><br>**COMPLAINT; DEMAND FOR JURY TRIAL; SUMMONS** |

Irrevocable Trust (for Charles A. Higa);
Wayne H. Ichimura; Wayne M.
Ichimura, Trustee of the Denise A.
Higa-Ichimura Trust; Rory T. Itano;
Beverly C. Kahahane; Kessner Duca
Umebayashi Bain & Matsunaga for Elton
John Bain; Kessner Duca Umebayashi
Bain & Matsunaga for James N. Duca;
Kessner Duca Umebayashi Bain &
Matsunaga for Robert C. Kessner;
Kessner Duca Umebayashi Bain &
Matsunaga for Emma S. Matsunaga;
Kessner Duca Umebayashi Bain &
Matsunaga for Clyde Umebayashi;
James S. Kimura, Trustee of the
Gilbert J. Matsumoto Irrevocable Trust
Dated June 19, 1991; D. Kimo Kippen;
John T. Komeiji; Wray H. Kondo;
Dorota Kowalska; Edward M. Kuba;
Franklin T. Kudo, Trustee of the
Benjamin Asa Kudo Irrevocable Trust;
Neal K. Kunimura; Wayne T. Kunimura;
Jeffrey P.S. Kunishige; Jo-Ann M.I.
Kunishige; Debbie A. Kuroiwa; Earl K.
Kuroiwa; Joyce A. Lee, Co-Trustee of
the Charles A. Higa and Helen K. Higa
Irrevocable Trust (for Charles A. Higa);
Dylan Leong; John A. Lockwood;
Colleen K. Martin, Trustee of the
Wayne H. Takamori Irrevocable Life
Insurance Trust; Ernest M. Matsukawa
(for Grace T. Matsukawa); Wayne T.
Matsukawa; Wayne T. Matsukawa (for
Grace T. Matsukawa); Emma S.
Matsunaga; Carol K.N. Matsunaga,
Trustee of the Albert Y. Kanno
Irrevocable Trust; William N.
Naganuma, Co-Trustee of the Shigeko
Hata Irrevocable Trust; Stanley Y.
Nakahara, Co-Trustee of the Shigeko

Hata Irrevocable Trust; Dean S. Nakama;
Allan S. Nakasone; Norman's Fender
Shop, Inc. for Eileen H. Azama;
Norman's Fender Shop, Inc. for
Norman K. Azama; Michael T. Okada,
Trustee of the Alton K. Fujii Irrevocable
Trust; Michael T. Okada, Trustee of the
Sandra M. Fujii Irrevocable Trust;
Debra Y.K. Oxley; Puna Plantation
Hawaii, Ltd., dba KTA Super Stores, for
Craig T. Hamamoto; Puna Plantation
Hawaii, Ltd., dba KTA Super Stores, for
Derek Kurisu; Puna Plantation Hawaii,
Ltd., dba KTA Super Stores, for Barry K.
Taniguchi; Shaunagh G. Robbins (for
Kenneth Robbins); Crystal K. Rose;
Safety Systems Hawaii, Inc. for
Albert Y. Kanno; Elizabeth T. Shelton
(for Kirk Tyler Shelton); James S. Stone,
Trustee of the Justin J. Isobe Irrevocable
Trust (for John L. Reed); Karen M.N.
Suwa, Trustee of the Nira K.C. Kurihara
Irrevocable Trust; Avis T.W. Takamatsu;
Robert T. Takamatsu; Owen R.
Takemoto; The Consolidated Corp. for
Paul D. Sperry; The Consolidated Corp.
for Peter D. Sperry; Elizabeth K. Towill
(for Richard M. Towill); Richard S.
Towill; Richard S. Towill (for
Richard M. Towill); Kelvin I. Uto;
Howard E. Uyehara; Varsity Motors,
Ltd. for Robert S. Taga; Richard C.
Wagner; Vern T. Yamauchi; Jeffrey J.
Yee; Inocencio L. Abbatuan; Alfonso B.
Acosta; Josanne L.K. Acosta; Helen Y.
Akashi; Helen Y. Akashi (for Agnes S.
Miura); Karen M. Alba; Ronald Alba;
Ernest W. Albrecht; Kimberly R. Allen;
Anbe, Aruga & Ishizu, Architects, Inc.
for Mitsugi Aruga; Anbe, Aruga &

Ishizu, Architects, Inc. for Hachiro
Ishizu; Harold H. Arakawa; Harold H.
Arakawa (for Earl N. Arakawa);
Vivian M. Arakawa; Barbara Ann Asato;
Clyde S. Asato; Glenn S. Asato; Jean S.
Atsumi; Caroline E. Aylward; Henry W.
Aylward; Jo Ann S. Baidack; Leslie T.
Baker; Nathaniel W. Baker; Bank of
Hawaii, formerly dba Pacific Century
Trust, Trustee of the Frances M. Yamaki
Irrevocable Trust; Bank of Hawaii,
formerly dba Pacific Century Trust,
Trustee of the Roy T. Yamaki
Irrevocable Trust; Jill E. Baptist;
Lucia P. Batoon; Lynette Becker;
Richard Bell; Justino Bermodez;
Myong S. Bermodez; Floyd F. Bock, Jr.;
Patti Jo K.H. Bock; Melinda R.
Bollinger; Karen Britos; Linda L. Caires;
Frederick E. Calleon; Frederick E.
Calleon (for Kevin M. Calleon);
Frederick E. Calleon (for Ryan K.
Calleon); Mark D. Campbell;
Thelma T.C. Chang; Wah Chiu Chang,
Trustee of the Wah Chiu Chang
Revocable Living Trust; Wah Chiu
Chang, Trustee of the Wah Chiu Chang
Revocable Living Trust (for Annie K.S.
Chang); Cheryl K. Chinen; Dean K.
Chinen; Keith M. Chinen; Ann S. Ching;
Wilfred C.Y. Chock; Roberta Y.L.
Chong Kee; Joanne S. ChongKee;
Joanne S. ChongKee (for Craig
ChongKee); Patrick H. ChongKee;
Arthur A.H. Chow; Joy M. Chow;
Christl Coleman; Violet H. Cook;
Violet H. Cook (for Valta A. Cook);
Theresa J. Cordi; Craig W. Cossey;
Leslene Y. Cruz; Zita C. Cruz-Bristol;
Dennis R. Cuizon; Jeffrey R. Cuppett;

Linda S. Daida; Francis D. Daquioag, Jr.;
Duane Delos Santos; Christie L. Doucet;
Russell J. Doucet; Vilma K.Y. Dung;
Wallace S.H. Dung; Alvin H. Ebisuya;
Alvin H. Ebisuya (for Brant Ebisuya);
Engineering Concepts, Inc. for
Kenneth T. Ishizaki; Engineering
Concepts, Inc. for Kay Muranaka;
Engineering Concepts, Inc. for
Barbara S. Sasaki; Damiana F.I. Espiritu;
FCH Enterprises, Inc., Trustee of the
Zippy's, Inc. Profit Sharing Plan for
Miles M. Furuta; FCH Enterprises, Inc.,
Trustee of the Zippy's, Inc. Profit
Sharing Plan for Barney S. Higa; FCH
Enterprises, Inc., Trustee of the Zippy's,
Inc. Profit Sharing Plan for Charles A.
Higa; FCH Enterprises, Inc., Trustee of
the Zippy's, Inc. Profit Sharing Plan for
Tredious H. Kusaka; Kathleen Figueira;
Russell Figueiroa; Ruth S. Fong; Paul D.
Fowler; Allen H. Fujii; Jay S. Fujii;
Francene Y. Fujioka; Francis S. Fujioka;
Stanley M. Fujisaka; Roy K. Fujishige;
Roy K. Fujishige (for Karen M.
Fujishige); Stephanie M. Fukuoka;
Steven H. Fukuoka (for Criss H.
Fukuoka); Steven H. Fukuoka (for
Joey Y.L. Fukuoka); Patsy M.
Fukushima; Vic R. Garcia; Sachiko
Gardner; Toshiko Garrett; Toshiko
Garrett (for Albert K. Nakamoto);
Claire C. Gibo; Nora Ginoza; Stacey Y.
Ginoza, Trustee for Stanley Ginoza;
Marie A. Gonsalves; Marie A. Gonsalves
(for David Gonsalves); Marie A.
Gonsalves (for Gary K. Gonsalves);
Roy D. Gonsalves; Mildred D. Goo;
Sharon M. Goo; Roberta N.
Goya-Oshiro; Grace's Drive Inn, Inc. for

Takashi Kiyozuka; Grace's Drive Inn,
Inc. for Yoko Kiyozuka; Terry T. Green;
Felipe S. Guerrero; Susan S. Hagiwara;
Gerald N. Hamada; Karen H. Hamada;
Michael L. Hamada; Eleanor T. Handa;
Eleanor T. Handa (for Rae M.
McAllister); Robert J. Handa; Harlan F.
Harada; Pamela M.H. Harada;
Richard A. Hargrave; April Hasegawa
(for Kyle Hasegawa); April Hasegawa
(for Ronald M. Hasegawa); April
Hasegawa (for Wade Hasegawa);
Ronald M. Hasegawa; Wes E.
Hashimoto; Carl K. Hatayama; Calvin K.
Hayashi; Mark S. Hayashi; Audrey T.
Hedani; Jan T. Hedani; Charles K.
Hekekia; Charles K. Hekekia (for
Chad K. Hekekia); Charles K. Hekekia
(for Chaney K. Hekekia); Charles K.
Hekekia (for Chauncy K. Hekekia);
Charles K. Hekekia (for Chris K.
Hekekia); Chazz K. Hekekia;
Pualeinani K. Hekekia; Joleen T. Higa;
Terry T. Higa; Terry T. Higa (for Lee Y.
Higa); Terry T. Higa (for Ty T. Higa);
Sadako Higashi; Takeshi Higashi;
Vincent S. Higashi; Joan H. Higuchi;
Charles C. Hill; Faye M. Hinochi; Eric
Hinokawa; Mercedes Hinokawa;
Howard K. Hirata (for Ayame Hirata);
JoAnn M. Hirata; Patricia R. Hirata;
Patricia R. Hirata (for Ayame Hirata);
Ronald Y. Hirata; Roy A. Hirata; Roy A.
Hirata (for Kavin I. Hirata); Janet S.
Hirata-Pentz (for Ayame Hirata);
Magdalene K. Ho; Owen M. Ho;
Corinne O. Hoffler-Omura; Hazel H.
Hoke; Roy S. Honda; Todd M. Horita,
Trustee of the Marian M. Horita
Irrevocable Trust; Horwath Kam &

Company for Amelia L. Kam; Horwath
Kam & Company for Howard K. Kam,
Jr.; Horwath Kam & Company for
Susan E. Mita; Arlene P. Hue; Richard
Hue; Richard Hue (for Keith Hue);
Richard Hue (for Kevin Hue); Richard
Hue (for Kurt Hue); Faye T. Ichimura;
Wayne M. Ichimura; Tsutomu Ihara;
Betty K. Ikeda; Dana W. Ikuta;
Wendell Y. Ikuta; Anden D.U. Imamura;
Ann K. Imamura; DeAnne K.M.
Imamura; Dena L. Imamura; Dennis O.
Imamura; Alexander L. In; Arthur K.
Inada; Craig K. Inouye; Keiji Inuo;
Masako Inuo; Kaoru Isagawa; Stanley N.
Ishida; Steven K. Ishihara; Corlis O.
Ishikawa; Taeko Ishikawa; Terrence T.
Ishikawa; Alan I. Itsuno; Kenneth T.
Iwai; Gloria L. Iwamoto; Mieko
Iwamoto; Richard E. Iwasaki; Sue H.
Iwasaki; Ritsuko Kaai; Patricia A.
Kadokawa; Lea M. Kagawa; Lea M.
Kagawa (for Agnes S. Miura); Kailua
Land Company for Grace N. Maruyama;
Clara M.H. Kajiwara; Jesse I. Kajiwara;
Susan T. Kajiwara; Susan T. Kajiwara
(for Jodi S. Kajiwara); Gregg K.
Kakesako; Leatrice T. Kakesako;
Arline S. Kakimoto; Raymond Y.
Kakimoto; Kenneth J. Kaku;
Henley K.H. Kam; Lynn M. Kam;
Kenneth A. Kamakura, Trustee of the
Aileen A. Kamakura Trust; Dwight K.
Kamidoi; Burt S. Kamigaki; Burt S.
Kamigaki (for Corrie F. Kamigaki);
Burt S. Kamigaki (for Erin K.
Kamigaki); Burt S. Kamigaki (for
Kellie S. Kamigaki); Gail M. Kamitaki;
Guy K. Kamitaki; Lyle S. Kanemaru;
Clara A. Kanno; Andrew M. Kasaoka;

Andrew M. Kasaoka (for Kelly T.
Kasaoka); Andrew M. Kasaoka (for
Trent M. Kasaoka); Harold T. Kasaoka;
June K. Kasaoka; Lorna T. Kasaoka;
Earl Kashiwagi; Bernice S. Katada;
Dianne N. Katsutani; Glenn A.
Katsutani; Bertha K.W. Kaui; James A.
Kawachika; Amy S. Kawamata; Bert I.
Kawamoto; Helen H. Kayahara;
Stephen W. Kear; Donna S. Kekina;
Donna S. Kekina (for Bryce Kekina);
Stanley K. Kekina; Lucille K. Kelley;
Shawn A. Keolanui; Martha T. Kersting;
Kneil K.J. Kim; Charles G. Kimura;
Judith M. Kimura, Trustee of the
Irrevocable Life Insurance Trust of
Ronald K. Kimura; Kenneth S. Kimura;
Ronald K. Kimura (for Ron Y. Kimura);
Ronald K. Kimura (for Stan M. Kimura);
Ronald K. Kimura (for Salena M.
Makia); Ronald K. Kimura (for Dell H.
Manini); Ronald K. Kimura (for
Melanie M. Martin); Machiko Kinoshita
(for Myra Kinoshita); Machiko Kinoshita
(for Nobuo Kinoshita); Machiko
Kinoshita (for William Kinoshita);
Nobuo Kinoshita; Paul T. Kinoshita;
Stephanie P. Kinoshita; Colin C. Kippen;
Takashi Kiyozuka; Yoko Kiyozuka;
Ivan T. Kobayashi (for Davis Kobayashi;
Ivan T. Kobayashi (for Vance
Kobayashi); Joanne T. Kobayashi;
Lynn M. Kobayashi; Lynn M. Kobayashi
(for Agnes S. Miura); Michael K.
Kobayashi; Owen K. Kobayashi;
Audrey M. Koga; Audrey M. Koga (for
Marnie Hursty); Malcolm T. Koga,
Trustee of the Carol S. Koga Irrevocable
Trust; Marvin R. Koga; Sherri H. Koide;
Blane H. Kojima; Henry K. Kojima;

Henry K. Kojima (for Evan S. Kojima);
Terri-Lynn E. Kojima; Russell S.
Kokubun; Midori M. Kono; Charlotte L.
Koo; Charlotte L. Koo (for Leianne K.
Koo Andrade); Charlotte L. Koo (for
Nicole A. K. Kuamoo); Charlotte L. Koo
(for Jane T. Suzuki); Kimiko Koyanagi;
Barbara H. Kuba; Edward M. Kuba;
Ralph Kuheana; Guy I. Kumashiro;
Paul T. Kumashiro; Neal K. Kunimura;
Ethel M. Kunishige; Chester C.
Kunitake; Gilbert S. Kurata; Lynn
Kurata; Daniel K. Kurose; Kenneth C.W.
Kwock; Kenneth C.W. Kwock (for
Philip G.G. Kwock); Kenneth C.W.
Kwock (for Stephen G.H. Kwock);
Queenie W. Kwock; Fotenciana K.J.
La Benz; William F. Larsen, Jr.;
Allen M. Lau; Maude Lau; Reid K. Lau;
Walter T.Y. Lau; Winifred T. Lau;
Gordon A. Lee; Gordon L. Lee;
Linda K.L. Lee; Margaret R. Lee;
Ronald E. Lee; Sue Young Sook Lee;
Moana G.C.F. Leong; Debra B.J.
Lew-Wong (for Tiffany M. Wong);
Debra B.J. Lew-Wong (for Troy T.
Wong); Debra B.J. Lew-Wong, Trustee
of the Debra Lew-Wong Revocable
Living Trust; Teruko Lewin; John W.
Ling; Joyce C. Ling; Barry R. Lo;
Gaylene M. Logan; Gaylene M. Logan
(for Jordan K. Yoneda); Lokahi Pacific,
Assignee for Sandra Nagano;
Dennis M.C. Loui; Andrew K.S. Lyum;
Matthew K.S. Lyum; Nancy K. Lyum;
Michele T. Ma; Jacqueline M.J.
Machiguchi-Moro; Donald B.
MacKintosh II; Lois M. MacKintosh;
Thomas S. Maeda; Dudley K.
Makahanaloa; Saburo Makinodan;

Cecilia D. Manungas; Richard R.
Manungas; Patrice H. Mariucci;
Colleen K. Martin; Colleen K. Martin,
Trustee of the Cynthia H. Takamori
Irrevocable Life Insurance Trust;
Colleen K. Martin, Trustee of the Wayne
Takamori Irrevocable Life Insurance
Trust; Janet C. Martin; Alice F.
Maruyama; Dickson K. Maruyama,
Trustee of the Dickson K. Maruyama
Revocable Living Trust; Henry T.
Maruyama; Carol M. Masuda; Sharon Y.
Masuda; Donna K. Masuda-Kam (for
Kelsey K. Kam); Donna K. Masuda-Kam
(for Korey Kam); Charlene M.
Matsumoto; Gilbert J. Matsumoto (for
Eunice T. Matsumoto); Kenneth M.
Matsumoto; Scott T. Matsumoto;
Wayne K. Matsumoto; Jessie H.
Matsunaga; Darlyn M. Mauricio;
Darlyn M. Mauricio (for Kiana K.
Raquino); Darlyn M. Mauricio (for
Richard W. Raquino); Sandra L.
McDowell; Seamus McManus; Mega
Construction, Inc. for Marvin R. Koga;
Mega Construction, Inc. for Milton M.
Koga; Mega Construction, Inc. for
Bert H. Kunihisa; Arleen E. Miho;
Stanley M. Mikami; Gerald W. Miller;
Kathleen M. Miller; Dale Y. Mitsui;
Hideaki Mitsui; Michael T. Miyabara;
Allan S. Miyamoto; Allan S. Miyamoto
(for Brian Miyamoto); Dianne H.
Miyamoto; Florence E. Miyasaki;
Florence E. Miyasaki (for Kenzo
Miyasaki); Albert T. Miyasato; Laurie K.
Miyasato; Tiare L. Miyasato; Clifford H.
Miyashiro; Rex K. Moriguchi; Alan Y.
Mukai; Etsuko M. Murakami; George Y.
Murakami; Iris Y.T. Murakami;

Sadie D.M. Murakami (for Eunice T.
Matsumoto); Walter J. Murakami;
Kenneth M. Muranaka; Allen T.
Murayama; Allen T. Murayama (for
Stephanie H. Murayama); Carl A.
Nacario; Lilian Y. Nagaji; Glenn S.
Nagamine; Dorothy S. Naguwa;
Toshikatsu Naguwa; Doris I. Nakagawa;
James Nakagawa; Walter M. Nakagawa;
William O. Nakagawa; Ray T.
Nakagawara; Valerie A.I. Nakahara;
Stanley S. Nakakura; Masaru Nakama;
Sachiko Nakama; Daniel Nakamoto;
Larry Nakamoto; Lisa Ann K.
Nakamoto; Alan M. Nakamura;
Daniel K. Nakamura; Janet M.
Nakamura; Judith Y. Nakamura (for
Erica S. Nakamura); Judith Y. Nakamura
(for Erin E. Nakamura); June C.
Nakamura; Noboru Nakamura;
Pamela M. Nakamura; Tamae
Nakamura; Herbert M. Nakanishi;
Evelyn Y. Nakasato; Glenn I. Nakasato;
Imelda C. Nakasone; Jane K. Nakasone;
Toshiko Nakasone; Toshiko Nakasone
(for Kenneth T. Nakasone); Toshiko
Nakasone (for Nathan I. Nakasone);
Darin J. Nakasu; Clyde T. Nakayama;
Judith N. Nakayama; Janet H. Naumu;
Janet H. Naumu (for Garrett T. Naumu);
Janet H. Naumu (for Tiffany K. Naumu);
Janet H. Naumu (for Trisha-Ann K.
Naumu); Lloyd T. Nekoba (for
Dalene N. Dutertie); Lloyd T. Nekoba
(for Devon M.T. Nekoba); Patricia A.
Nekoba; Patricia A. Nekoba (for
Dalene N. Dutertie); Patricia A. Nekoba
(for Devon M.T. Nekoba); Darwin Y.
Nikaido; Craig S. Nishida; Raymond M.
Nishida; Jason K. Nishigata; Walter S.



Nishigata; Lawrence M. Nishikawa;
Shirley A. Nishikawa; Howard T.
Nishimura; Laura M. Nishimura;
Kenneth A. Nozaki; Kurt T. Nozaki;
Oahu Painting & Decorating, Inc. for
Jay S. Fujii; Lily M. Obatake; Paul S.
Obatake; Sanford M. Oda; Verna S. Oda;
Bruce K. Ogawa; Earl F. Ohara;
Darryl H. Okemura; Thomas T.
Okimoto; Jay J. Omaye; Jeanne S.
Omaye; Baron M. Omiya; Alice K.
Omura; Jimmy K. Ong; Barbara Mae
Ono; Stanley K. Ono; Stanley K. Ono
(for Mildred S. Ono); David K. Oride;
Jo Anne Y. Oride; Drezleen Oshiro;
Ambrocio Pada, Jr.; Danilo L. Pascual;
Danilo L. Pascual (for Felicidad
Llacuna); Marguerite K. Paty; Jeanine L.
Peters-Cossey; Gaudencio A. Ponciano;
Helen E. Ponciano; Puna Plantation
Hawaii, Ltd., dba KTA Super Stores for
Richard Chinen; Puna Plantation Hawaii,
Ltd., dba KTA Super Stores for Andrew
Chun; Puna Plantation Hawaii, Ltd., dba
KTA Super Stores for Sachiko T. Chun;
Puna Plantation Hawaii, Ltd., dba KTA
Super Stores for Harold C. Furtado, Jr.;
Puna Plantation Hawaii, Ltd., dba KTA
Super Stores for Gerald M. Haraguchi;
Puna Plantation Hawaii, Ltd., dba KTA
Super Stores for Keith T. Hayama; Puna
Plantation Hawaii, Ltd., dba KTA Super
Stores for Sayoko Kawasaki; Puna
Plantation Hawaii, Ltd., dba KTA Super
Stores for Glenn M. Kodama; Puna
Plantation Hawaii, Ltd., dba KTA Super
Stores for Colin Miura; Puna Plantation
Hawaii, Ltd., dba KTA Super Stores for
Melvin T. Morimoto; Puna Plantation
Hawaii, Ltd., dba KTA Super Stores for

Ronnie K. Sakoda; Puna Plantation
Hawaii, Ltd., dba KTA Super Stores for
Jon Taniguchi; Puna Plantation Hawaii,
Ltd., dba KTA Super Stores for
Vanessa M. Unoki; Puna Plantation
Hawaii, Ltd., dba KTA Super Stores for
Dale E. Waltjen; Raymond N. Rapalee;
Francine V. Rapozo; Francine V. Rapozo
(for Kyrus Fernandez); Theresa I.
Redulla; Timoteo Reyes; Daniel C.
Sabido; James T. Saito; Jane H. Saito;
Christine S. Sakaguchi; Kenneth T.
Sakai; Carl M. Sakamoto; Karen M.
Sakamoto; Marc W. Sakamoto; Marc W.
Sakamoto (for Lynn N. Sakamoto);
Russell M. Sakamoto; Patricia T.
Sakuda; Sharon J. Santana; Marie H.
Saplan; David H. Sasaki; Sherry C.
Sasaki; Sato & Associates, Inc. for
Richard M. Sato; Richard M. Sato; Bruce
Savage; Colette Savage; Karen S. Sawai;
Linda K. Sawai; Sadao Sawai; Denise
Sedeno; Alan T. Sekigawa; Stanley Y.
Sekiya; Ok Hui Sellari; Shari Leigh A.
Seshiki; Mizuho Shimizu; Shaun A.
Shimizu; Chiyono Shimokawa; Takashi
Shirai; Sachiko Shiramizu; Doris S.
Shiroma; Kris H. Shiroma; Seiko
Shiroma; Michael J. Singlehurst;
Antony P. Smart; William E. Spencer;
Ronald E. Sprink; Thomas M. Suekawa;
Thomas M. Suekawa, Trustee of the
Glenn Ebisuzaki Trust; Carol S.
Sueyoshi; Geraldine J.K. Sugai; Pok Hui
Kim Sugita; Walter Y. Sugiura; Amy T.
Sumida; Jo-Ann N. Sumida; Stuart T.
Suzuki; Sakae C. Tachino (for Shawna
Masuda); Terry R. Tadaki; Todd T.
Tadaki; Robert S. Taga; Josefina R.
Taitaiau; Scott I. Takahashi; Gordon K.

Takaki; Edwin T. Takara; Shinichi
Takara; Dana S. Takashima;
Rebecca A.W. Takashima; Beverly S.
Takemoto; Helen T. Takesue; Jarrod J.
Takesue; Harumi Takuma; Russell H.
Takuma; Inez S. Takushi; Miles M.
Takushi; Wayne J. Tamane; Mineko
Tamashiro; Holly K.M. Tamura;
Paulette J. Tamura; Clifford T. Tanaka;
Henry K. Tancayo, Sr.; Kris Teruya;
Edna K. Timario; Lucille T. Togashi;
Robert T. Togashi; Sue A. Tokuuke;
Wilfred S. Tokuuke; Penelope Tom;
Terrance W.H. Tom; Warren I.
Tomimoto; Eric H. Tomita; Lori M.
Tomita; Ricky N. Tomita; Faith
Tomoyasu, Trustee of the Sakae Tachino
Trust; Raymond H. Toyama; Ernest H.
Tsugawa (for Wendy N. Tsugawa);
Rachel T. Tsuneyoshi (for Ralph T.
Yamaki); Vincent G. Tsushima, Trustee
of the William Torao Tsushima
Revocable Trust; Francis A. Uchino;
Jayna C. Uyehara; Jolene A. Uyehara
Auvil; Lani A. Uyeno; Roylinne F.
Wada; Waipahu Hardware & Lumber
Supply Co., Ltd. for Atom G. Yamaki;
Barbara A. Wakatake; Barbara A.
Wakatake (for Clifford K. Wakatake);
Dana E. Walters; Jon H. Warashina;
Jon H. Warashina (for Tricia M.J.K.
Warashina); Richard N. West; Kolleen L.
Wheeler; Robert B. Wheeler, aka
R. Bruce Wheeler; Kathleen M. I. Whitt;
Leonard Kwai Hin Wong, Trustee of the
Leonard Kwai Hin Wong Revocable
Living Trust Dated 10/6/97; Dale M.
Yabiku; Naomi Y. Yabiku; Gail S.
Yafuso; Atom G. Yamaki (for Ralph T.
Yamaki); Steven S. Yamaki, Trustee of

the Harriet T. Yamaki Irrevocable Life
Insurance Trust; Bruce T. Yamamoto;
Clyde Yamamoto; Dale Y. Yamamoto;
Jan N. Yamamoto, Trustee of the
Wesley K. Yamamoto Irrevocable Trust;
Jean K. Yamamoto; Wayne T.
Yamamoto; Wesley K. Yamamoto,
Trustee of the Jan N. Yamamoto
Irrevocable Trust; Arnold M. Yamane;
Ronald H. Yamane; Ronald H. Yamane
(for Karlyn M. Yamane); Ronald H.
Yamane (for Koleen M. Yamane);
Vicki M. Yamane; Nancy A. Yamasaki;
Richard Y. Yamasaki; Gladys S.
Yamashiro; Herbert Y. Yamashiro;
Herbert Y. Yamashiro (for Kimberly M.
Yamashiro); Leanna S. Yamauchi;
Larry A. Yonemura; Marlene H.M.
Yong; Marlene H.M. Yong (for Jason K.
Yong); Marlene H.M. Yong (for
Lancelot M.K. Yong); Mark M. Yoshida;
Patrick M. Yoshihara; Patricia
Yoshimoto (for Myron T. Yoshimoto);
Harvey Y. Yoshioka; Jack F. Yoshishige;
Roy I. Yoshizumi; Carolyn Young;
Earl S. Young (for Erwin S.T. Young);
Earl S. Young (for Michael P. Wooden);
Erwin S.T. Young; Erwin S.T. Young
(for Earl S. Young); Erwin S.T. Young
(for Michael P. Wooden); Tomoyo
Yuruki (for Rodney Kondo); Sheryl T.
Zukeran,

Plaintiffs,

vs.

Conseco, Inc., Conseco Life Insurance
Company; And Doe Defendants 1-100,

Defendants.